UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIRK KINDER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:13-CV-4617-G (BN) |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case.  Plaintiffs filed objections, and the district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendations of the United States Magistrate Judge.

Plaintiffs' claims against GMAC Mortgage, LLC are hereby **SEVERED** from this action.  The clerk of court is directed to **OPEN** a new civil action and **DIRECTLY ASSIGN** it to **Senior United States District Judge A. Joe Fish and**

**Magistrate Judge David L. Horan**. Because the claims against GMAC Mortgage, LLC are subject to 11 U.S.C. § 362(a)(1)'s automatic stay protections, the newly opened action for those claims shall be **STAYED** and **ADMINISTRATIVELY CLOSED**, subject to reopening only upon appropriate motion by plaintiffs or defendant GMAC Mortgage, LLC.

Plaintiffs' claims against Federal National Mortgage Association will proceed in this case.

SO ORDERED.

February 19, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**