UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIRK and ROXANNA KINDER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:13-CV-4617-G (BN) |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a

recommendation in this case.  No objections were filed.  The district court reviewed

the proposed findings, conclusions and recommendation for plain error.  Finding

none, the court **ACCEPTS** the findings, conclusions and recommendation of the

United States Magistrate Judge.

Defendant Fannie Mae's motion for judgment on the pleadings (docket entry

33) is **GRANTED**.

**SO ORDERED**.

August 29, 2014.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**